# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JENNIFER BRICK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GALLATIN COUNTY, MONTANA; CITY OF BOZEMAN, MONTANA; MONTANA COURT ADMINISTRATOR'S OFFICE; MONTANA OFFICE OF THE STATE PUBLIC DEFENDER; SCRAM SYSTEMS, INC.; DODD LAW FIRM; HON. ANDREW BREUNER; HON. RIENNE McELYEA; HON. PETER OHMAN; HON. MIKE McGRATH; MAGDALENA BOWEN; RICHARD DUCHARME; MATT DODD; DILLON POST; SCOTT PHELAN; COLTER METCALF; BRYAN ADMAS; HENRY WESTESEN; MADISON SHARPE; MOLLIE SCHULTS; BEKKI McLEAN; RICK WEST; AUDREY CROMWELL; LINDSAY SHEPHERD; BRYON LUTZKA; MAREK ZIEGLER; ANDREW TAYLOR; COLLIN KIEWATT; KAROLINA TIERNEY; and MICHAEL SINKS<br><br>　　　　　　Defendants. | Case No. 2:24-cv-174-BMM<br><br>**AMENDED ORDER GRANTING SCRAM SYSTEM, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |

UPON REVIEW of Defendant Scram Systems, Inc.'s ("Scram Systems"), for an extension of time in which to respond to Plaintiff's Third Amended Complaint and for good cause shown:

IT IS HEREBY ORDERED that Scram Systems shall have until 21 days after the Court rules on the Motions set for hearing on March 24, 2025 to respond to Plaintiff's operative complaint.

DATED this 24th day of March, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts