IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JENNIFER BRICK,<br><br>　　　　Plaintiff,<br>v.<br><br>GALLATIN COUNTY, MONTANA; CITY OF BOZEMAN, MONTANA; MONTANA COURT ADMINISTRATOR'S OFFICE; MONTANA OFFICE OF THE STATE PUBLIC DEFENDER; SCRAM SYSTEMS, INC.; DODD LAW FIRM; HON. ANDREW BREUNER; HON. RIENNE MCLYEA; HON. PETER OHMAN; HON. MIKE MCGRATH; MAGDALENA BOWEN; RICHARD DUCHARME; MATT DODD; DILLON POST; SCOTT PHELAN; COLTER METCALF; BRYAN ADAMS; HENRY WESTESEN; MADISON SHARPE; MOLLIE SCHULTZ; BEKKI MCLEAN; RICK WEST; AUDREY CROMWELL; LINDSAY SHEPARD; BRYON LUTZKA; MAREK ZIEGLER; ANDREW TAYLOR; COLLIN KIEWATT; KAROLINA TIERNEY; MICHAEL SINKS,<br><br>　　　　Defendants. | CV-24-174-JTJ<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO STAY THEIR RESPONSIVE PLEADING** |

　　Upon receipt of Defendants City of Bozeman ("City"), Bozeman Police Department ("BPD") Officer Lindsay Shepherd, BPD Officer Marek Ziegler, BPD Officer Anthony Taylor, former BPD Officer Bryton Lutzka, former City Prosecutor Bekki McLean, City Prosecutor Mollie Schultz, the Honorable Karolina

Tierney, Dodd Law Firm, P.C., Matt Dodd, Dillon Post, and Richard DuCharme's (collectively "Defendants") Motion to Stay their Responsive Pleadings and for good cause shown,

IT IS HEREBY ORDERED that Defendants' time for filing a responsive pleading is hereby stayed pending this Court's resolution of Plaintiff's Motion to file a Fifth Amended Complaint.

IT IS FURTHER ORDERED that if the Court denies Plaintiff's Motion to file a Fifth Amended Complaint, Defendants will have 30 days from the date of entry of the Court's order to file their responsive pleadings to the Fourth Amended Complaint.

IT IS FURTHER ORDERED that if the Court grants Plaintiff's Motion to file a Fifth Amended Complaint, Defendants will have 30 days from the date of filing the Fifth Amended Complaint to file their responsive pleadings.

DATED this 30th day of August 2025.

_____
Brian Morris, Chief District Judge
United States District Courts